CARRIE M. KINNEY, as Administratrix, etc., Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

NEAR'S FOOD COMPANY, INC., Appellant, v. WILLIAM H. CLEMENTS, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

EMMA MAGDELINE ERFLING, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, upon the ground that the verdict is excessive. All concurred, except Kruse, P. J., who dissented and voted for affirmance.

LAURA A. SNYDER, Respondent, v. CRISWELL-MALLERY, INC., Appellant. — Judgment and order affirmed, with costs. All concurred.

JUDSON L. COOK, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs. Held, that the plaintiff failed to make out a case of actionable negligence against the defendant or to show his own freedom from contributory negligence. All concurred.

FRED E. NEWTON, Respondent, v. GLADYS WASHBURN, Appellant.— Judgment and order affirmed, with costs. All concurred.

JAMES O. SEBRING, Respondent, v. O. F. EGGINTON COMPANY, Appellant.— Order modified so as to preclude the plaintiff from proving any disbursements, and as so modified the order is affirmed, without costs of this appeal to either party. All concurred.

In the Matter of the Estate of NATHAN T. BOLLES, Deceased.— Motion to compel respondents to accept notice of appeal denied, with ten dollars costs.

JESSIE BLANKENSHIP, Respondent, v. JESSE O'DONNELL, Appellant.— Motion to dismiss appeal granted, unless appellant shall be ready to argue the appeal on October 12, 1917.

WESTERN CARTRIDGE COMPANY, Respondent, v. JOHN J. HAMM, Appellant.— Order dismissing appeal vacated and case restored to the calendar, upon stipulation filed.

In the Matter of the Petition of CHARLES E. DODGE, Superintendent of the Poor of the County of Chautauqua, for the Appointment of a Committee of the Person and Property of SARAH P. DICKERSON, Now SARAH P. DICKERSON TAGGART, an Incompetent Person.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers within twenty days, pay to respondent's attorney ten dollars and be ready for argument at opening of November term.

INSURANCE COMPANY OF NORTH AMERICA, Plaintiff, v. MARY GLEASON and NONA GLEASON, Defendants.— Plaintiff's proposed findings of fact and conclusions of law, findings thereon and exceptions thereto, ordered filed in Orleans county clerk's office nunc pro tunc as of the 27th day of February, 1917, upon stipulation filed.

INSURANCE COMPANY OF NORTH AMERICA, Plaintiff, v. MARY GLEASON and UNION BANK OF MEDINA, Defendants.— Plaintiff's proposed findings